# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ARTHUR RUTENBERG HOMES, INC.,**
**and BRENTWOOD CUSTOM HOMES,**
**INC.,**

       **Plaintiffs,**

-vs-                                       Case No. 6:05-cv-1350-Orl-22DAB

**HILLCREST HOMES AND DEVELOPMENT,**
**INC.; MJS, INC.; JOSEPH DiFRANCESCO; and**
**BERNADETTE DiFRANCESCO,**

       **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss Joseph DiFrancesco's and Bernadette DiFrancesco's Counterclaim (Doc. No. 25) filed on November 23, 2005.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed February 2, 2006 (Doc. No. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Joseph DiFrancesco's and Bernadette DiFrancesco's Counterclaim (Doc. No. 25) is **GRANTED**. The DiFrancescos' Counterclaim (Doc. No. 19) is hereby **DISMISSED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 26, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party